1

## CRIMINAL CAUSE FOR STATUS CONFERENCE

Before: Dora L. Irizarry, U.S.D.J.     Date: 5/13/2011     Time in Court: **0:20**

**Docket Number: 11-CR-3**

| | |
|---|---|
| Deft VINCENT DRAGONETTI, #1 (in custody) | Attorney: JOSEPH R. COROZZO, JR. (RET.) |
| Deft: THOMAS FRANGIAPANE, #2 (on bond) | Attorney: VINCENT J. LICATA (RET.) |
| Deft: EMMANUEL GARAFOLO, #3 (on bond) | Attorney: MICHAEL L. MACKLOWITZ (RET.) |
| Deft: ANTHONY LICATA, #4 (on bond) | Attorney: ALLEN FRANKEL |
| Deft: JOSEPH LOMBARDI, #5 (on bond) | Attorney: FELIX T. GILROY (RET.) |
| Deft: ANTHONY O'DONNELL, #6 (on bond) | Attorney: VINCENT J. MARTINELLI (RET.) |
| Deft: ANTHONY SCIBELLI, #7 (on bond) | Attorney: GERALD L. SHARGEL (RET.) And ROSS KRAMER |
| Deft: WILLIAM SCOTTO, #8 (in custody) | Attorney: SETH GINSBERG (RET.) By ALLEN FRANKEL |

A.U.S.A: WHITMAN KNAPP        Court Reporter: MARSHA DIAMOND

Deputy Clerk: CHRISTY CAROSELLA

- Defense counsel Seth Ginsberg could not attend this conference due to a family emergency; chambers notified in advance. Mr. Frankel stands in as counsel for defendant Scotto with his consent for the purpose of this conference
- Neither defendant Emmanuel Garafolo nor his attorney, Michael Macklowitz, are present. Bench warrant ordered as to defendant Garafolo
- Government provided plea offers to all defendants on May 2, 2011; extra point for timely plea; extra point for global plea.
- Additional discovery to be provided in advance of the next status conference; government will aim to provide it within the next two weeks.
- Motion to reassign this case to Judge Weinstein filed under separate docket; Mr. Frankel shall file the motion as a letter under this docket. Judge Irizarry defers to Judge Weinstein's ruling on the motion. Any defendant seeking to join in this motion must make that known to Judge Weinstein.
- <u>FURTHER STATUS CONFERENCE AS TO ALL DEFENDANTS: **JUNE 24, 2011 AT 2:30 PM**</u>.
- Time excluded due to case complexity.